# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT BENNETT,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 11-0498 (ESH)** |
| | ) | |
| **SHAUN DONOVAN** | ) | |
| Secretary, Housing and Urban | ) | |
| Development | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion for summary judgment [ECF No. 31] is **GRANTED** and

defendant's cross motion for summary judgment is **DENIED** [ECF No. 33]. It is further

**ORDERED** that the above-captioned matter is **REMANDED** to the Department of Housing and

Urban Development for further proceedings consistent with the Opinion of this Court.


                                          /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

DATE: September 30, 2013